**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:26-CR-00069** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CARTER MILES LEDOUX (01)** | **MAGISTRATE JUDGE LEBLANC** |

# MEMORANDUM ORDER

Under the plea agreement in *United States v. Ledoux* ("Ledoux I"), No. 2:26-cr-68, doc. 59 (W.D. La.), the government has agreed to dismiss the indictment in this matter at sentencing in *Ledoux I*. Sentencing in *Ledoux I* is currently set for December 10, 2026, and this matter is set for jury trial before the undersigned on October 13, 2026. Accordingly, at the request of the government and with no opposition from defendant, the court hereby **ORDERS** that the jury trial in this matter be **CONTINUED** without date.

**THUS DONE AND SIGNED** in Chambers on the 21st day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**